E-FILED
Monday, 06 June, 2005 04:48:47 PM
Clerk, U.S. District Court, ILCD

RE- CASE # 03-20052

RECEIVED

MAY 2 6 2005

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

Sun. April 24
2005

Dear Honorable Judge McCuskey,

    I am writing for 2 reasons. The first is to Thank You for being so kind and understanding on one of the worst days of my life. The day I got sentenced to 70 months. And the second is to ask for your help.

    My name is ROSA CREECH. I know you don't remember me, But I remember you. I was sentenced in your court on Feb. Fri. 13, 2004. You gave me permission to self surrender to the Pekin Federal Prison Camp on March 19, 2004.

    While out on pre sentence my probation officer was Jim Pond, from the Federal Court House in Terre Haute, In. I was on probation for around 10 months while waiting to be sentenced. Not one time did I break any rules. I was drug & alcohol urine screened every week, & also wore the sweat patch 7 days a week. They were always good.

    I wrote to the Federal Prosecutor Richard Cox, the last part of the 2004 calendar year. Asking for him to motion for a downward on my behalf before my year

was up. I recieved no responce from him. It is now April 5 of 2005. I have been transferred from Pekin Camp to Carswell Texas F.M.C. I have been diagnosed with Hurtle Cell. It is a tumor on my thyroid that they will not be able to tell what type of hurtle cell until they surgically remove it & biopsy it again right then. Pekin has known since June of 2004 that there was something wrong. So naturally my family & I are worried.

Carswell is not a camp. I am behind BARS, fencing, & RAZOR WIRE now. For me this is all pretty scarey. I am just wondering if I am being punished all over again even though you sentenced me in Feb. of 2004.

I just can not believe I am here. While at Pekin I went through the 40 hr. drug program & the non-residential drug program. I also earned certificates for Law I & Sign Language.

I am hoping I have surgery soon and I am taken back to Pekin Camp.

I have never been in any kind of trouble before.

I remember to the best of my recollection that you were sorry & that you would rather send me home. Because you didn't think I belonged in your court room. You also said that you would not be able to sleep when you went home from court. Because of sentencing me to 70 months. But that your hands were tied because of the way the laws were. The laws have already started changing.

And I was hoping & praying that somehow & some way you would be able to help me with a sentence reduction of some kind.

I have never in my life ever wanted to go against the law in any way. I always tried to be an upstanding person in everything I did. Never in my life did I think I would ever be in prison.

I know I will never put myself in a position to be caught up in any thing illegal again.

I am asking for you to please try & remember me & look in my transcripts or files and to please

try to help me get home.
Thank you very much for reading my letter & taking the time out of your busy schedule.

Sincerely,

Rosa E. Creech

*Rosa Creech*