E-FILED
Monday, 06 June, 2005 04:50:28 PM
Clerk, U.S. District Court, ILCD



# United States District Court

CHAMBERS OF
**MICHAEL P. MCCUSKEY**
CHIEF JUDGE

CENTRAL DISTRICT OF ILLINOIS
318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE 217-373-5837
FACSIMILE 217-373-5855

June 2, 2005

Ms. Rosa Creech
Federal Medical Center
P.O. Box 27137
Fort Worth, TX 76127

    Re:    United States of America v. Rosa Creech
            U.S. District Court Case No. 03-20052

Dear Ms. Creech:

    I received your letter dated April 24, 2005, on May 26, 2005. A final judgment was entered in your case on February 17, 2004. Therefore, there is nothing pending before me which would give me jurisdiction or authority to reduce your sentence.

    Regarding your request to be placed back into the camp at Pekin, the Bureau of Prisons decides where inmates are housed. It is the sole discretion of the Bureau of Prisons and the Court has no authority or input into that matter.

    Your letter is being placed in the Court file and a copy is being forwarded to Assistant U.S. Attorney Richard Cox because you have referred to him in your letter.

                                                        Sincerely,

                                                        Michael P. McCuskey

MPM:mb

cc:    Richard N. Cox, Esq.

P.S. The Supreme Court decision in January of this year in the Booker case makes the sentencing guidelines advisory. However, the 7th Circuit Court of Appeals in Chicago has ruled that the Booker case provides NO sentencing relief to people sentenced prior to Jan. 2005. Thus, I have no ability to give you relief.