**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION
AND STATEMENT OF REASONS**

Case Name:   US vs ROSA CREECH

Case Number:   03-20052-03

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report, Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on   8/16/05.
                                            Date

Received by:

Jane Newlin
_____
U.S. Probation Office